45C01-2105-CT-000470
Lake Circuit Court

Filed: 5/17/2021 12:31 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE LAKE COUNTY SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF LAKE ) | | CAUSE NO: 45C01-2105-CT-000470 |

CAROLYN HANDY, )
)
      Plaintiff, )
vs. )
)
SPEEDWAY LLC, a Foreign Limited Liability Company, )
)
      Defendant. )

## COMPLAINT

NOW COMES the Plaintiff, CAROLYN HANDY, by and through her attorneys, THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., and in her complaint against the Defendant, SPEEDWAY LLC, a Foreign Limited Liability Company, states as follows:

### COUNT I: HANDY VS. SPEEDWAY LLC

1. On or about May 19, 2019, Plaintiff, Carolyn Handy ("Plaintiff") was lawfully on the premises of Speedway LLC, a Foreign Limited Liability Company ("Defendant") located at 1901 N. Cline Avenue, Griffith, Lake County, Indiana.

2. On or about May 19, 2019, Plaintiff, Carolyn Handy, slipped and fell on an unnatural slick surface inside the convenience store / gas station, believed to be an unnatural accumulation of soap or detergent.

3. Such substance was present for a long enough period of time that the Defendant knew, or in the exercise of reasonable care, should have known of its existence.

4. At all times pertinent, Plaintiff was exercising reasonable care for her safety and was free from contributory negligence.

5. At all times pertinent, the Defendant, through its agents and/or employees, owed a duty of reasonable care to the Plaintiff.

6. At all times pertinent, it was the duty of the Defendant to maintain the premises free from known hazards.

7. Defendant breached this duty and was negligent in one or more of the following ways:

a. Failed to provide a good, safe and proper place for the Plaintiff to be, use, occupy, and walk while on the subject premises;

b. Allowed and permitted the subject premises to become and remain in a dangerous condition;

c. Failed to inspect subject premises to be certain they were in a good, safe, and proper condition;

d. Failed to maintain the premises in a reasonably safe condition by maintaining slick-free walkways;

e. Failed to properly warn customers, including the Plaintiff, of slick, slippery areas;

f. Was otherwise careless and/or negligent.

8. As a result of the negligence of Defendant, Speedway LLC, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, Carolyn Handy, prays for damages against Defendant, Speedway LLC in an amount as she shall prove at trial plus costs and any other relief the Court deems just or equitable.

## JURY DEMAND

Plaintiff, Carolyn Handy, by and through counsel, hereby requests a trial by jury on all issues so triable.

Carolyn Handy

*[signature]*

Cheryl M. Polarek
*Counsel for Plaintiff*

McCready, Garcia & Leet, P.C.
709 Plaza Drive, Ste. 1
Chesterton, IN 46304
t: (773) 779-9885
f: (855) 959-2465
service@McCreadyLaw.com